UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

Carey Rose McArthur,                                                                     Chapter 7
                                                                                               Case No. 14-34136

         Debtor.

## NOTICE OF SALE

To: The United States Trustee, all creditors and other parties in interest.

On December 30, 2014, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

The debtor owns a pair of 2 carat diamond earrings that were not listed in her bankruptcy schedules filed with the court, which she valued at $2,000. The debtor asserted the omission was inadvertent. The trustee had Thurston Jewelers appraise the diamond earrings. Thurston Jewelers has offered to purchase the diamond earrings for $800. The debtor has indicated she has no interest in purchasing the diamond earrings from the bankruptcy estate.

Based on the costs of sale, the trustee believes acceptance of Thurston Jeweler's offer to be in the best interest of creditors.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| U.S. Bankruptcy Court | 1015 US Courthouse | (see address below) |
| Warren Burger Federal Bldg. | 300 South 4th Street | |
| Suite 200 | Minneapolis, MN 55415 | |
| 316 North Robert Street | | |
| St. Paul, MN 55101 | | |

Dated: December 5, 2014.                                  /e/ *Patti J. Sullivan*
                                                                             Patti J. Sullivan, Trustee       #170124
                                                                             1595 Selby Avenue, Suite 205
                                                                             St. Paul, MN 55104
                                                                             (651) 699-4825